## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| TAJMIR PARKS, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
|  | : | No. 25-cv-263 |
| v. | : | |
|  | : | |
| PA STATE TROOPER ROBERTO ARIAS-GRACIA, *et al.*, | : | |
| Defendants. |  | |

## ORDER

AND NOW, this 24th day of June, 2026, upon consideration of Defendants' motion for summary judgment, ECF No. 25 ("Motion"), as well as the filings in support of and in opposition to that Motion, ECF Nos. 29, 30, 31, 32, 33, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' complaint, ECF No. 1, is **DISMISSED** in its entirety.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**